UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LOUIS C. AYCOCK                                        CIVIL ACTION

VERSUS                                                 NUMBER: 11-2088

MICHAEL J ASTRUE COMMISSIONER                          SECTION: "B"(1)
SOCIAL SECURITY ADMINISTRATION

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the cross-motion of Michael J. Astrue, Commissioner of Social Security Administration, for summary judgment (Record Document No. 16) is granted and the motion of the plaintiff, Louis C. Aycock, for summary judgment (Record Document No. 13) is **DENIED**.

New Orleans, Louisiana, this 13th day of June, 2012.

UNITED STATES DISTRICT JUDGE